**Order entered June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00767-CR

## EX PARTE PATRICK LENARD

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62409-V**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order holding his bond insufficient and committing appellant to jail. This is an accelerated appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order. The clerk's record shall contain a copy of the trial court's certification of appellant's right to appeal. Because this is an accelerated appeal, no extensions will be granted absent extraordinary circumstances.

We **ORDER** Sharon Hazelwood, official court reporter for Criminal District Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, the reporter's record of all hearings related to the sufficiency of the bond. Because this is an accelerated appeal, no extensions will be granted absent extraordinary circumstances.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. We **ORDER** the State to file its brief within **FORTY-FIVE DAYS** of the date of this order. If any party does not file its brief within that time, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on September 11, 2014 to a panel consisting of Chief Justice Wright, and Justices FitzGerald and Fillmore.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazelwood official court reporter for Criminal District Court No. 7; Gary Fitzsimmons, Dallas District Clerk, the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE